# EXHIBIT B



## Limited Scope Notice to Proceed "Prior to GMP"

Contract #: **TBD**  
Project: **Campus Square**  
**38 Holloway Blvd.**  
**Buffalo, New York  14209**

Date: **February 10, 2015**

BETWEEN the Owner:  
*(Name, Legal Status and Address)*

**Campus Square, LLC and**
**Campus Square Affordable, LLC**
**560 Delaware Avenue, Suite 300**
**Buffalo, New York  14202**

and the Construction Manager:  
*(Name, Legal Status and Address)*

**R & P Oak Hill Development, LLC**
**3556 Lakeshore Road**
**Ste. 620**
**Buffalo, New York  14219**

The work includes all Materials, Labor, Equipment and Supervision necessary to complete the "Limited Scope of Work" prior to the Guaranteed Maximum Price Amendment (AIA Document A133-2009 Exhibit A) as follows:

### Authorized Limited Scope Of Work:

Asbestos Abatement / Select Building Demolition
  (Excludes Asbestos Air Monitoring Services) - By Owner

**Approved Value:** (note: this value will be included as part of the GMP)    **$309,727**

The work covered by this "Notice to Proceed - Prior to GMP" shall be performed under the same Terms as that included in the Original AIA Document A133-2009 Standard Form of Agreement Between Owner and Construction Manager as Constructor where the basis of payment is the Cost of the Work Plus a Fee with a Guaranteed Maximum Price dated **February 2, 2015** issued for the "**Campus Square**" project unless stated otherwise.

By: _____  
Owner: Campus Square, LLC & Campus Square Affordable, LLC

By: _____  
CM as Constructor - RPOHD

R & P Oak Hill Development
Subcontract Work
**PROJECT:**

SUBS
FILL IN PROJECT SPECIFIC SPECIFICATION SECTION NUMBERS & NAMES

| SPEC/ ITEM | BIDDER | BID | ADJUST | TOTAL BID | TOTAL | NOTES |
|---|---|---|---|---|---|---|
| BP 1A ACM AND DEMOLITION | | | | | PLUG | |
| | Empire Building Diagnostics | 222,000 | | 222,000 | | Add 500/unit if its piecemeal abatement removed sales tax and charged the entire project |
| | Advanced Demolition | 225,500 | | 225,500 | | |
| | Empire Dismantlement | 324,100 | | 324,100 | | |
| | Fiber Tech | | | No Bid | | |
| | Regional Environmental Demolition, Inc. | 352,022 | | 352,022 | 222,000 | |
| NO BID PACKAGE - TEMPORARY SEWER AND WATER CONNECTION TO TRAILER | | | | | PLUG | |
| | Huron Plumbing | 10,000 | | 10,000 | | |
| | | | | No Bid | | |
| | | | | No Bid | | |
| | | | | No Bid | | |
| | | | | No Bid | 10,000 | |
| | | | | | PLUG | |
| | | | | No Bid | | |
| | | | | No Bid | | |
| | | | | No Bid | | |
| | | | | No Bid | | |
| | | | | No Bid | 0 | |
| | | | | TOTAL | 232,000 | |

## SUMMARY

# R & P Oak Hill Development, LLC
## BID SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| Project: | Campus Square - ACM and Demolition BP 1A | | | | | |
| Estimate No.: | 2014-98 | | | | | |
| Bid Date: | 2/6/15 @ 2:00pm | | | | 1 | SF |

| | | | | COMMENTS | Contract Review: | | | |
|---|---|---|---|---|---|---|---|---|
| Subcontract Work: | | | $232,000 | | Schedule: | 2 | mths | |
| Self Perform Labor: | | | $0 | | Completion Date: | 4/10/2015 | | |
| Self Perform Material: | | | $0 | | Anticipated Start Date: | 2/23/2015 | | |
| Self Perform Equipment: | | | $0 | | | | | |
| TOTAL FIELD COST: | | | $232,000 | | Number of Shifts | 1 | | |
| General Requirements | | | $33,905 | 10.95% | | | | |
| Building Permit Fee | | | $0 | | Winter Construction | Yes | | |
| Sales Tax | | | $0 | Removed from Sub Price and included below | | | | |
| Mark-Up on RPOH Work | | | $0 | | Liquidated Damages | No | | |
| Special Insurance | | | $0 | | | | | |
| General Liability Insurance | | | $1,322 | | Retainage | 10 | % | |
| Managerial Allocation | | | $0 | | Retainage Release Terms: | Upon Completion | | |
| TOTAL JOB COST | | | $267,227 | | Bid Bond | N/A | | |
| PROFIT | | 4.25% | $11,357 | | | | | |
| TOTAL | | | $278,585 | | Warranty Period | N/A | | |
| Subcontractor Bonds | | | $0 | 0.75% x subs over $500k | | | | |
| Builder's Risk Insurance | | | $357 | | | | | |
| OCP Insurance | | | $294 | | | | | |
| Umbrella Insurance | | | $836 | | | | | |
| L&M Payment/Performance Bond | | | $4,736 | | | | | |
| Contingency | | 0.0% | $0 | | | | | |
| TOTAL | | | $284,807 | | Other Requirements | | | |
| Total Sales Tax | | | $24,921 | See Cell for Calculation | | | | |
| Final Project Total | | | $309,727 | /sf | | | | |