# EXHIBIT D

# PROPOSAL

**Site Specialties LLC**
12658 Big Tree Rd
East Aurora NY 14052
Phone / Fax 716-805-3345, Cell 716-913-8306
email: sitespecialties@gmail.com

| No. | |
|---|---|
| Date | 4/15/2015 |
| Phone | |
| Fax | |

TO: Sonwil Distribution
100 Sonwil Dr
Buffalo NY 14225
Attn. Mr. Peter Wilson

Job Name/ Location:
Purchasing Slag from
315 Ship Canal Pkwy
Buffalo NY

We hereby submit specifications and estimates for:

* Site Specialties LLC will purchase slag for $5.25/ cu yd ($3.72/ ton)

* Tonnage will be recorded on a loader scale paper print out.

* Payments to Sonwil will be paid net 30 days after receipt of invoice.

We Propose hereby to furnish material and labor- complete in accordance with the above specifications, for the sum of:
*************************************************************************************************

Payment to be made as follows:    Net 30 Days

Authorized Signature _[signature]_

Note: This proposal may be withdrawn by us if not accepted within ___5___ days.

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specification involving extra cost will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance. This quote, if accepted, will become part of the contract documents. Legal fees incurred due to non-payment are the responsibility of the undersigned. Due to uncertain existing soil conditions, ponds cannot be guaranteed.

Acceptance of Proposal- The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.
Signature _Peter G. Wilson_    Date of Acceptance  4/16/2015
Signature

Peter G. Wilson