AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MCGUIRE PV HOLDING L.P.<br>CAMPUS SQUARE LLC<br>RP OAK HILL BUILDING COMPANY, INC.<br>and<br>EMPIRE BUILDING DIAGNOSTICS, INC.<br>*Plaintiff(s)*<br>v.<br>SONWIL DISTRIBUTION CENTER, INC.<br>315 SHIP CANAL PARKWAY, LLC<br>PROLINE CONCRETE OF WNY, INC.<br>and<br>SITE SPECIALTIES, LLC<br>*Defendant(s)* | Civil Action No. 23-CV-1277 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PROLINE CONCRETE OF WNY, INC.
3090 Shirley Road, P.O. Box 396
North Collins, New York 14111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/11/2023         *Mary C. Loewenguth*
                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MCGUIRE PV HOLDING L.P.<br>CAMPUS SQUARE LLC<br>RP OAK HILL BUILDING COMPANY, INC.<br>and<br>EMPIRE BUILDING DIAGNOSTICS, INC.<br>*Plaintiff(s)*<br><br>v.<br><br>SONWIL DISTRIBUTION CENTER, INC.<br>315 SHIP CANAL PARKWAY, LLC<br>PROLINE CONCRETE OF WNY, INC.<br>and<br>SITE SPECIALTIES, LLC<br>*Defendant(s)* | Civil Action No.   23-CV-1277 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SONWIL DISTRIBUTION CENTER, INC.
2732 Transit Road
West Seneca, New York 14224,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth K. Krajewski, Esq.
PILLINGER MILLER TARALLO, LLP
500 Corporate Parkway, Suite 106
Buffalo, New York 14226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/11/2023                          *Mary C. Loewenguth*
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

MCGUIRE PV HOLDING L.P.
CAMPUS SQUARE LLC
RP OAK HILL BUILDING COMPANY, INC.
and
EMPIRE BUILDING DIAGNOSTICS, INC.

*Plaintiff(s)*

v.

SONWIL DISTRIBUTION CENTER, INC.
315 SHIP CANAL PARKWAY, LLC
PROLINE CONCRETE OF WNY, INC.
and
SITE SPECIALTIES, LLC

*Defendant(s)*

Civil Action No. 23-CV-1277

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SITE SPECIALTIES, LLC
12658 Big Tree Road
East Aurora, New York 14052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth K. Krajewski, Esq.
PILLINGER MILLER TARALLO, LLP
500 Corporate Parkway, Suite 106
Buffalo, New York 14226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/11/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MCGUIRE PV HOLDING L.P.<br>CAMPUS SQUARE LLC<br>RP OAK HILL BUILDING COMPANY, INC.<br>and<br>EMPIRE BUILDING DIAGNOSTICS, INC.<br>*Plaintiff(s)*<br>v.<br>SONWIL DISTRIBUTION CENTER, INC.<br>315 SHIP CANAL PARKWAY, LLC<br>PROLINE CONCRETE OF WNY, INC.<br>and<br>SITE SPECIALTIES, LLC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  23-CV-1277 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  315 SHIP CANAL PARKWAY, LLC
315 Ship Canal Parkway
Buffalo, New York 14218

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kenneth K. Krajewski, Esq.
   PILLINGER MILLER TARALLO, LLP
   500 Corporate Parkway, Suite 106
   Buffalo, New York 14226

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mary C. Loewenguth*

Date:  12/11/2023

*Signature of Clerk or Deputy Clerk*