UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

McGuire PV Holding L.P.,
Campus Square LLC
RP Oak Hill Building Company, Inc.
Empire Building Diagnostics, Inc.

vs.

Civil Case No. 1:23-cv-1277

Sonwil Distribution Center, Inc.
315 Ship Canal Parkway, LLC
Proline Concrete of WNY, Inc.
Site Specialties, LLC

**DISCLOSURE STATEMENT**
**Nongovernmental Corporation Disclosure**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for _____, a party to, or who seeks to intervene in, the above-captioned action, certifies that any parent corporations of said party, and/or publicly held corporation owning 10% or more of stock of said party, are identified below:

_____
_____
_____
_____
_____
_____
_____ ;

**or**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), the undersigned counsel for R.P. Oak Hill Building Company, Inc._____, a party to, or who seeks to intervene in, the above-captioned action, certifies that there are no parent corporations of said party and no publicly held corporation owning more than 10% of its stock.

December 12, 2023
Date

Signature of Attorney